UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20266-CIV-GOLD/WHITE
(06-20654-CR-GOLD)

MILTON MALOY WALKER,

    Movan,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT; CLOSING CASE

THIS CAUSE is before the Court upon U.S. Magistrate Judge Patrick A. White's Report and Recommendations on *pro se* Movant's motion to vacate pursuant to 28 U.S. § 2255 [DE 11], issued on June 24, 2008 (the "Report"). In claim one, the Movant argues that he is entitled to a vacatur of his sentence for carrying a firearm during an in relation to a drug trafficking crime pursuant to the recent Supreme Court decision in *Watson v. United States*, ___ U.S. ___, 128 S. Ct. 579 (2007). In claim two, the Movant argues that he is entitled to a reduction in his sentence for conspiracy to possess with intent to distribute 5 grams or more of crack cocaine based on Amendment 706 to the U.S. Sentencing Guidelines relating to cocaine base offenses. In the Report, the Magistrate Judge recommends that the motion be denied as two both claims.

Movant has not filed any objections to the Report, and the time for doing so has expired. I further note that I issued an order in the underlying criminal case denying a motion to reduce Movant's sentence based on Amendment 706 to the U.S. Sentencing

1

Guidelines. (*See USA v. Walker et al*, Case No. Case No. 06-20654-CR-GOLD, DE 88). Upon an independent review of the Report, record and applicable law, and noting that no objections have been filed, it is hereby

ORDERED AND ADJUDGED:

1. The Report [DE 11] is AFFIRMED AND ADOPTED.
2. The Motion to Vacate [DE 1] is DISMISSED.
3. All other pending matters are DENIED AS MOOT.
4. The Clerk of Court is instructed to CLOSE this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 31 day of July, 2008.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT COURT JUDGE

cc:
U.S. Magistrate Judge Patrick A. White
Counsel of Record

*From Chambers via U.S. mail:*
Milton Walker, *pro se*
Reg. No. 77013-004
FCI-Miami
PO BOX 779800
Miami, FL 33177

2